Submitted on petition for review February 28,
remanded May 8, 1979

STATE OF OREGON, *Respondent,*
*v.*
DAVID CARL SMITH, *Petitioner.*
(CA 11208, SC 26096)
593 P2d 1171

Bernard B. Brink, of Brink, Moore, Brink & Peterson, Hillsboro, for the petition.

Catherine Allan, Assistant Attorney General, James A. Redden, Attorney General, and Walter L. Barrie, Solicitor General, Salem, contra.

MEMORANDUM OPINION

## MEMORANDUM OPINION.

The case is remanded to the Court of Appeals for reconsideration in light of *State v. Clark,* 286 Or 33, 593 P2d 123 (1979).